# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 21 2001

JAMES W. McCORMACK, CLERK
By:_____
             DEP CLERK

CHARLES T. WILSON, CARYLES VONDRAN,
WILLIE FERRELL, ONIXE ANDERSON,
DOLLAS WATLINGTON, TOMMY HUMPHREY,
NEARTIS CLARK, ALVIN SMITH, JR.
TOMMIE OUTLEY, BILLY FLEMING,
LLOYD A. NICHOLS, GARY R. THOMAS,
ALVIN SMITH, JIMMY DOOLEY,
KENNETH ROGERS, WILLIAM DAWSON,
SAMUEL J. CULLUM, THOMAS ANTHONY,
CORY AMOS, BOBBY HEDRICK,
CHARLES BUSBY, LARRY FOSTER,
DANNY DOLER, PERCY GRAHAM,
CORA L. JAMISON, ROBERT THORN, JR.,
JESSIE HAWKINS, CURTIS BRADLEY, JR.,
DONALD BARGER, ALMOS ANDREWS,
JESSE LEE FERRELL, EDDIE LEE HODGER,
LEODIS SEAWOOD, ROY LEE COLEMAN,
LARVAN HAWKINS, STEVEN DEARING,
TRACY HILL, JEFFERY WRIGHT, JOHN BROOKS
JONES, CLARENCE TREAT, SAUNDRA HOUSE,
KEVIN LAWRENCE, AARON BARTON, OTIS
L. BARTON, MANUEL SANCHEZ, JR., STANLEY
BARTON, EVELYN BURGESS, BENNIE
WILSON, KRISTI MC CAIN, LEO DEAVISER,
RONALD MC FADDEN, AND KENDLE WILLIAMS

2-01 cv 0055 WRW

This case assigned to District Judge Wilson
and to Magistrate Judge Cavaneau

**PLAINTIFFS**

VS.

**CIVIL ACTION NO.:**

**AIRTHERM COMPANY, INC.**
  **DEFENDANT**

## **COMPLAINT**

COME NOW the Plaintiffs, by and through their undersigned Attorneys, James E. Nickels, of Sherwood, Arkansas and Pamela D. Walker, of Little Rock, Arkansas and for their complaint against the defendant, state and allege as follow:

(1) This action is brought to recover back pay, benefits and other relief under the provisions of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 et seq (the "WARN Act").

(2) This Court has jurisdiction over this cause of action pursuant to 28 U.S.C. §§ 1331, as a federal question, and 1337, as arising under an Act regulating commerce, and 29 U.S.C. § 2104 (a) (5) of the WARN Act..

(3) Plaintiffs are past employees of the defendant, Airtherm Products, Inc.

(4) Plaintiff Charles T. Wilson is a resident of Wynne, Arkansas.

(5) Plaintiff Caryles Vondran is a resident of Caldwell, Arkansas.

(6) Plaintiff Willie Ferell is a resident of Forrest City, Arkansas.

(7) Plaintiff Onixe Anderson is a resident of Forrest City, Arkansas.

(8) Plaintiff Dallas W. Watlington is a resident of Colt, Arkansas.

(9) Plaintiff Tommy Humphrey is a resident of Haynas, Arkansas.

(10) Plaintiff Neartis Clark is a resident of Forrest City, Arkansas.

(11) Plaintiff Alvin Smith, Jr. is a resident of Forrest City, Arkansas.

(12) Plaintiff Tommie Outley is a resident of Marianna, Arkansas.

(13) Plaintiff Billy Fleming is a resident of Madison, Arkansas.

(14) Plaintiff Lloyd A. Nichols is a resident of Forrest City, Arkansas.

(15) Plaintiff Gary R. Thomas is a resident of Colt, Arkansas.

(16) Plaintiff Alvin Smith is a resident of Palestine, Arkansas.

(17) Plaintiff Jimmy L. Dooley is a resident of Forrest City, Arkansas.

(18) Plaintiff Kenneth Rogers is a resident of Forrest City, Arkansas.

(19) Plaintiff William Dawson is a resident of Palestine, Arkansas.

(20) Plaintiff Samuel J. Cullum is a resident of Wynne, Arkansas.

(21) Plaintiff Thomas Anthony is a resident of Forrest City, Arkansas.

(22) Plaintiff Corey Amos is a resident of Forrest City, Arkansas.

(23) Plaintiff Bobby Hedrick is a resident of Forrest City, Arkansas.

(24) Plaintiff Charles Busby is a resident of Palestine, Arkansas.

(25) Plaintiff Larry Foster is a resident of Forrest City, Arkansas.

(26) Plaintiff Danny Doler is a resident of Wynne, Arkansas.

(27) Plaintiff Percy Graham is a resident of Forrest City, Arkansas.

(28) Plaintiff Cora L Jamison is a resident of Forrest City, Arkansas.

(29) Plaintiff Robert Thorn, Jr. is a resident of Colt, Arkansas.

(30)  Plaintiff Jessie Hawkins is a resident of Palestine, Arkansas.

(31)  Plaintiff Curtis Bradley, Jr. is a resident of Madison, Arkansas.

(32)  Plaintiff Donald Barger is a resident of Forrest City, Arkansas.

(33)  Plaintiff Almos Andrews is a resident of Forrest City, Arkansas.

(34)  Plaintiff Jesse Lee Ferrell is a resident of Forrest City, Arkansas.

(35)  Plaintiff Eddie Lee Hodger is a resident of Forrest City, Arkansas.

(36)  Plaintiff Leodis Seawood is a resident of Forrest City, Arkansas.

(37)  Plaintiff Roy Lee Coleman is a resident of Haynes, Arkansas.

(38)  Plaintiff Larvan Hawkins is a resident of Palestine, Arkansas.

(39)  Plaintiff Steven Dearing is a resident of Forrest City, Arkansas.

(40)  Plaintiff Tracy Hill is a resident of Forrest City, Arkansas.

(41)  Plaintiff Jeffrey Wright is a resident of Palestine, Arkansas.

(42)  Plaintiff John Brooks Jones is a resident of Forrest City, Arkansas.

(43)  Plaintiff Clarence Treat is a resident of Colt, Arkansas.

(44)  Plaintiff Saundra House is a resident of Wynne, Arkansas.

(45)  Plaintiff Kevin Lawrence is a resident of Wynne, Arkansas.

(46)  Plaintiff Aaron Barton is a resident of Palestine, Arkansas.

(47)  Plaintiff Odis L. Barton is a resident of Forrest City, Arkansas.

(48)  Plaintiff Manuel Sanchez, Jr. is a resident of Forrest City, Arkansas.

(49) Plaintiff Stanley Barton is a resident of Marianna, Arkansas.

(50) Plaintiff Evelyn Burgess is a resident of Forrest City, Arkansas.

(51) Plaintiff Bennie Wilson is a resident of Forrest City, Arkansas.

(52) Plaintiff Kristi McCain is a resident of Forrest City, Arkansas.

(53) Plaintiff Leo Deaviser is a resident of Palestine, Arkansas.

(54) Plaintiff Ronald McFadden is a resident of Forrest City, Arkansas.

(55) Plaintiff Kendle Williams is a resident of Forrest City, Arkansas.

(56) Defendant, Airtherm Products, Inc. is an Arkansas Corporation and was located at 3333 North Washington Street, Forrest City, Arkansas 72335. At all times material herein, Airtherm Products, Inc. operated a plant which employed the plaintiffs at that location.

(57) The defendant, Airtherm Products, Inc. employed more than 100 employees on June 23, 2000.

(58) The defendant, Airtherm Products, Inc. closed its plant located at 3333 Washington Street, Forrest City, Arkansas, on or about August 23, 2000.

(59) On or about August 23, 2000 the defendant terminated more than 50 employees at its plant located at the single site of 3333 Washington Street, Forrest City, Arkansas.

(60) On or about August 23, 2000, the defendant, Airtherm Products, Inc.

terminated the plaintiffs without proper notice as required by the WARN Act, 29 U.S.C. § 2102(a).

(61) The defendant failed to serve written notice of such terminations on the plaintiffs and on the exclusive representative of some of the plaintiffs at least sixty days prior to the terminations as required by the WARN Act, 29 U.S.C. § 2102 (a).

(62) Plaintiffs suffered an "employment loss" as defined in 29 U.S.C. § 2101(a)(6) by being terminated, and are, therefore, all "affected employees" pursuant to 29 U.S.C. § 2101 (a)(5).

(63) As a result of the defendant's violation of 29 U.S.C. § 2102 (a) and pursuant to 29 U.S.C. § 2104(a)(1), plaintiffs seek back pay, benefits, and prejudgment interest.

(64) The WARN Act requires that back pay and benefits be paid for each day of the violation of the Act up to a maximum of sixty days.

(65) Plaintiffs also seek attorney's fees and costs incurred pursuant to 29 U.S.C. § 2104(a)(6).

WHEREFORE, plaintiffs, on behalf of themselves demand as follows:

(a) That plaintiffs be awarded judgment against the defendant, Airtherm Products, Inc. for back pay and benefits up to a maximum of 60 days as provided in the WARN Act and prejudgment interest on the amount of the recovery.

(b)  That the plaintiffs be awarded the costs of this cause, including attorney fees, against defendant.

(c)  That plaintiffs receive all other relief to which they may be deemed entitled.

PLAINTIFFS DEMAND A TRIAL BY JURY.

PLAINTIFFS

By: *[signature]*

James E. Nickels
Arkansas Supreme Court No. 81124
P.O. Box 6564
Sherwood, AR 72124
501-833-2424

and

Pamela D. Walker
Arkansas Supreme Court No. 74151
2125 South Broadway
Little Rock, AR 72206
501-373-3363

Attorneys for Plaintiffs